HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
JESUS SEBASTIAN MATA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:15-cr-00207-DAD-BAM-4 |
| ) | |
| *Plaintiff,* ) | STIPULATION AND ORDER |
| ) | TO CONTINUE SENTENCING HEARING |
| v. ) | |
| ) | |
| JESUS SEBASTIAN MATA, ) | DATE: July 9, 2018 |
| ) | TIME: 10:00 a.m. |
| *Defendant.* ) | JUDGE: Hon. Dale A. Drozd |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the sentencing hearing now set for July 9, 2018, may be continued to August 27, 2018, at 10:00 a.m., the reason for this request is for additional time for defense preparation.

                                                                Respectfully submitted,

                                                                MCGREGOR W. SCOTT
                                                                 United States Attorney

DATED: July 5, 2018                               By    */s/ Kimberly Sanchez*
                                                                           KIMBERLY SANCHEZ
                                                                           Assistant United States Attorney
                                                                           Attorney for Plaintiff

|   |   |
|---|---|
| | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: July 5, 2018 | By  /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>JESUS SEBASTIAN MATA |

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for July 9, 2018, is continued until August 27, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **July 5, 2018**  
_____  
UNITED STATES DISTRICT JUDGE