HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
JESUS SEBASTIAN MATA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:15-cr-00207 DAD-BAM |
| *Plaintiff,* | ) ) ) | STIPULATION TO CONTINUE SENTENCING HEARING; |
| v. | ) ) | ORDER |
| JESUS SEBASTIAN MATA, | ) ) | DATE: November 19, 2018 TIME: 10:00 a.m. |
| *Defendant.* | ) ) ) | JUDGE: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the sentencing hearing now set for August 27, 2018, may be continued to November 19, 2018, at 10:00 a.m.  The reason for this request is for additional time for defense preparation.

                                                Respectfully submitted,

                                                MCGREGOR W. SCOTT
                                                United States Attorney

DATED: August 23, 2018                             By     /s/ *Kimberly Sanchez*
                                                                KIMBERLY SANCHEZ
                                                                Assistant United States Attorney
                                                                Attorney for Plaintiff

|   |   |   |
|---|---|---|
|   | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: August 23, 2018 | By | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>JESUS SEBASTIAN MATA |

## ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for August 27, 2017, is continued until November 19, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **August 23, 2018**

_____
UNITED STATES DISTRICT JUDGE