HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
JESUS SEBASTIAN MATA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:15-cr-00207 DAD-BAM |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE SENTENCING HEARING; |
| v. | ) ) | ORDER |
| JESUS SEBASTIAN MATA, | ) ) | DATE: February 25, 2019 |
| Defendant. | ) ) | TIME: 10:00 a.m. JUDGE: Hon. Dale A. Drozd |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the sentencing hearing now set for November 19, 2018, may be continued to February 25, 2019, at 10:00 a.m. Defense makes this request because it needs additional time for preparation.

          Respectfully submitted,

          MCGREGOR W. SCOTT
          United States Attorney

DATED: November 15, 2018     By    /s/ *Kimberly Sanchez*
                                                                            KIMBERLY SANCHEZ
                                                                              Assistant United States Attorney
                                                                              Attorney for Plaintiff

| | |
|---|---|
| | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: November 15, 2018 | By  /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>JESUS SEBASTIAN MATA |

## ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for November 19, 2018, is continued until February 25, 2019, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd. No further extensions of time will be granted for this purpose absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated: **November 15, 2018**

_____
UNITED STATES DISTRICT JUDGE