McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESUS MATA, <br><br> Defendant. | No. 1:15-CR-000207 DAD <br><br> STIPULATION TO CONTINUE SENTENCING AND ORDER |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Victor Chavez, counsel for the defendant, that the sentencing set for, January 27, 2020, at 10:00 am before the Honorable Dale A. Drozd, U.S. District Court Judge, be continued to May 4, 2020 at 10:00 a.m. The parties need additional time to conclude investigation related to sentencing.

1

| | | |
|---|---|---|
| Dated: January 23, 2020 | | Respectfully submitted, |
| | | McGREGOR W. SCOTT<br>United States Attorney |
| | By | /s/ Kimberly A. Sanchez<br>KIMBERLY A. SANCHEZ<br>Assistant U.S. Attorney |
| Dated: January 23, 2020 | | /s/ Victor Chavez<br>VICTOR CHAVEZ<br>Attorney for Defendant |

**O R D E R**

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for January 27, 2020, to May 4, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **January 23, 2020**

_____
UNITED STATES DISTRICT JUDGE